```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :    7:24-CR-00647-RA-7

    -against-                       :    ORDER
                                    :

Tyishawn Coleman
                                    :
Defendant
                                    :
------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition: mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
February 10, 2026

SO ORDERED:

_____
Ronnie Abrams
United States District Judge